IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC KASHKASHIAN, | CIVIL ACTION NO. 16-3755 |
| Plaintiff, | |
| v. | |
| DR. JOHN MARKY, | |
| Defendant. | |

## **ORDER**

AND NOW, this 22nd day of August, 2019, upon consideration of Plaintiff's Motion for Extension of Time to File Opposition to Motion to Dismiss (Docket No. 53) it is hereby **ORDERED** that Plaintiff's Motion is **DENIED** without prejudice, as this matter is currently stayed.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.