IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC KASHKASHIAN  Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 16-3755 |
| DR. JOHN MARKY, ET AL,  Defendant. | : : | |

## ORDER

AND NOW, this 13th day of February, 2020, it is **ORDERED** that this case shall be **REMOVED** from the Prisoner Civil Rights Panel because no attorney has volunteered to accept appointment in this case. Plaintiff must represent himself at this time if he seeks to proceed with this case. Furthermore, this case shall be **REMOVED** from suspense.

BY THE COURT:

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**