IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC KASHKASHIAN, | CIVIL ACTION |
| Plaintiff, | NO. 16-3755 |
| v. | |
| DR. JOHN MARKEY, JOSH BUCHANAN, CHRISTINA C. CREGAR, CHRISTINA A. KING, DR. ABBEY CASSIDY, PATRICIA SNYDER and BLAKE JACKMAN, | |
| Defendants. | |

## ORDER

**AND NOW**, this 22nd day of September, 2020, upon review of all pending motions in this matter, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss filed of Defendant Markey (Docket No. 49) is **GRANTED**;

2. Plaintiff's Amended Complaint is **DISMISSED** with prejudice; and

3. The Clerk of Court shall close this case.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.