IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC KASHKASHIAN,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. JOHN MARKEY, JOSH BUCHANAN, CHRISTINA C. CREGAR, CHRISTINA A. KING, DR. ABBEY CASSIDY, PATRICIA SNYDER and BLAKE JACKMAN,<br><br>        Defendants. | CIVIL ACTION<br>NO. 16-3755 |

## ORDER

**AND NOW**, this 22nd day of September, 2020, upon review of all pending motions in this matter, it is hereby **ORDERED** as follows:

    1. The Motion to Dismiss filed of Defendant Markey (Docket No. 49) is **GRANTED**;

    2. Plaintiff's Amended Complaint is **DISMISSED** with prejudice; and

    3. The Clerk of Court shall close this case.

                                                  **BY THE COURT:**

                                                  **/s/ Jeffrey L. Schmehl**
                                                  Jeffrey L. Schmehl, J.